THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN J. BRENNAN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 13, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Kings County Court, rendered February 1, 1926, upon a verdict convicting the defendant of the crime of murder in the first degree.

*David L. Malbin* and *George Rosling* for appellant.

*Charles J. Dodd,* District Attorney (*James I. Cuff* and *Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.